IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KAITLYN SAENZ                                                    PLAINTIFF

v.                                   No. 3:26-cv-85-DPM

JESSICA COLEBANK, *et al.*                                      DEFENDANTS

## ORDER

This case is closely related to another case that was before United States District Judge Brian S. Miller, *Scissel v. Colebank*, 2:23-cv-153-BSM (E.D. Ark. 19 July 2023).  In the interest of judicial economy, the Court directs the Clerk to transfer this case to Judge Miller by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 March 2026